IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00372-RMR-TPO

JESSICA DUIS, M.D.,

     Plaintiff,

v.

UNIVERSITY OF COLORADO,
by and through its Board of Regents, and
SHAWN MCCANDLESS,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 5, 2025.**

     Pursuant to the Order of Reference, this Court will hold the Fed. R. Civ. P. 16(b) Scheduling Conference on **June 10, 2025** at **2:30 p.m.** in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. This is an **in-person** proceeding.

     The Parties shall meet in accordance with Fed. R. Civ. P. 26(f) as soon as practicable.

     The Parties shall jointly prepare a Proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website, www.cod.uscourts.gov. *See also* Instructions for Preparation of Scheduling Order (that precedes the Scheduling Order template form) and Section IV of the Uniform Civil Practice Standards of the United States Magistrate Judges D.C.COLO.MJ (providing instructions regarding the Rule 26(f) conference, the deadline for exchanging Rule 26(a)(1) Initial Disclosures, and the preparation of the proposed Scheduling Order).

     This Court reminds the Parties of the option to begin discovery before the Scheduling Conference, as permitted by Fed. R. Civ. P. 26(d).

     **No later than seven days** before the Scheduling Conference, the Parties shall (1) file their Proposed Scheduling Order onto the case docket sheet and (2) submit **the proposed Scheduling Order in Word format by joint email, copying all Parties, to Chambers at** *o'hara_chambers@cod.uscourts.gov*.

Should a discovery dispute arise, the Parties shall follow the procedure set out at D.C.COLO.MJ § VI. Rather than file a motion, the Parties first shall confer about the matter in a meaningful way. If the Parties are unable to resolve the dispute on their own, then the Party seeking relief shall request a Discovery Conference with the Court by sending an email, copied to all Parties, to *o'hara_chambers@cod.uscourts.gov*. The Court will issue an order to schedule the Discovery Conference and to provide the Parties with instructions on how to proceed. The Court will determine at the conference whether to grant leave to file a motion. (As permitted by D.C.COLO.MJ § VI, a motion may be filed <u>without</u> the prerequisite discovery conference for discovery that concerns a pro se incarcerated litigant or a third party.)