IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00372-RMR-TPO

JESSICA DUIS, M.D.,

    Plaintiff,

v.

UNIVERSITY OF COLORADO,
by and through its Board of Regents, and
SHAWN MCCANDLESS,

    Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on April 15, 2025.**

Before this Court is the Parties' Joint Notice of Settlement. ECF 8.

To permit the Parties time to finalize their settlement agreement—as the Parties request in their Joint Notice—the Scheduling Conference currently set on June 10, 2025 and its associated deadlines are **vacated**.

All other litigation-related deadlines are **stayed**.

The Parties shall file their notice of dismissal (or alternatively a joint status report) by **May 14, 2025**.